UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| DONALD RICHARD KARR, JR., | JUDGMENT IN A CIVIL CASE |
| | CV 24-84-M-DLC |
| Plaintiff, | |
| vs. | |
| JOSEPH BIDEN, JR., et al., | |
| Defendants. | |

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of August 15, 2024 (Doc. 5), this action is DISMISSED without prejudice.

     Dated this 15th day of August, 2024.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ T. Gesh
                                    T. Gesh, Deputy Clerk